IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL S. BAUERSACHS<br><br>              Defendant. | Case No.: 8:20CB9<br><br>**ORDER TO APPEAR** |

    You are ordered to appear for your next court hearing on Tuesday, October 27, 2020 at 9:00 a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

    Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

    Dated: September 29, 2020

                                                  BY THE COURT:

                                                  s/ Susan M. Bazis
                                                  United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

9/29/2020
Date

                                                  Defendant